UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PHIL D. AKERS, et ux., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-48 |
| | ) | (Phillips) |
| DELORES C. CASHEN, | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the court on the plaintiffs' motion for default judgment against defendant [Doc. 15]. In support of the motion plaintiffs show that the instant action was filed on February 8, 2010. The complaint was served upon the defendant on February 24, 2010, and no response has been filed within the time allowed by law, nor has defendant sought additional time within which to respond.

Accordingly, the court **GRANTS** plaintiffs' motion for default judgment pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure. **IT IS FURTHER ORDERED** that default judgment is hereby entered against defendant Delores Cashen, and in favor of plaintiffs Phil Akers and Donna Akers, in an amount to be determined by the court.

**IT IS SO ORDERED.**

                **ENTER:**

                    <u>    s/ Thomas W. Phillips    </u>
                      United States District Judge